IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Mitchell, Aretha Y

Printed: 9/30/08

Case Number: 07 B 10087
Judge: Wedoff, Eugene R
Filed: 6/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: August 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,400.00 |  |
| Secured: |  | 1,721.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,374.00 |
| Trustee Fee: |  | 304.80 |
| Other Funds: |  | 0.00 |
| Totals: | 5,400.00 | 5,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,374.00 | 3,374.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 21,583.08 | 1,721.20 |
| 4. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 5. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 6. | TCF Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 24,957.08 | $ 5,095.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 226.80 |
| 6.5% | 78.00 |
|  | $ 304.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

